IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KRISTOPHER HATCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's Rule 35 motion.  Filing No. 84. Having considered the matter,

IT IS ORDERED that:

(1)    A hearing on the government's Rule 35 motion is scheduled before the undersigned United States district judge on **June 1, 2006, at 3:00 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

(2)    At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

**(3)    The Marshal is directed not to return the defendant to the district; and**

(4)    The defendant is held to have waived his right to be present.

DATED this 23rd day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge